IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCUS EDWARD LEE,<br><br>*Defendant*. | Case No. 24-CR-113-RAW |

**JOINT STATUS REPORT REGARDING PRODUCTION OF DISCOVERY**

COMES NOW, the United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Joshua Satter, and Tom Wright, attorney for Defendant, and submits this Joint Status Report ("JSR") Regarding Production of Discovery pursuant to this Court's Order. (ECF No. 11).

As of the date of this filing, the United States has provided Defendant with bates stamped items 0001-2942. These include law enforcement reports, video and audio recordings, search warrant documents, and photographs.

Counsel for the United States and Defendant have conducted a Discovery Conference via email in preparation for this Report. All parties are aware of their continuing discovery obligations and will make the other party aware should any additional discovery become available.

    Respectfully submitted,

    Christopher J. Wilson
    United States Attorney

    s/ *Joshua Satter*
    JOSHUA SATTER, NYBA # 5477112
    Assistant United States Attorney
    Attorney for the Plaintiff
    520 Denison Ave.
    Muskogee, OK 74401
    Telephone: (918) 684-5182

*s/ Tom Wright*
TOM WRIGHT, OBA # 20378
300 W. Broadway Street
Muskogee, OK 74401
Telephone: (918) 682-0091
E-mail: Tom@wswlaw.com
***Attorney for Defendant***