## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | Case No. CR-24-113-RAW |
| v. ) | |
| ) | Date: 12/19/2024 |
| MARCUS EDWARD LEE, ) | |
| Defendant, ) | Time: 10:05 am – 11:15 am |
| ) | |
| ) | |

### MINUTE SHEET
### DAUBERT HEARING (Docket entry [35])

| | | | |
|---|---|---|---|
| Jason A. Robertson, Judge | J. Church, Deputy Clerk | K. Anderson, Law Clerks | Courtroom 3<br>FTR – Room 432<br>Court Reporter: Joanna Smith |

**Plaintiff's Counsel:** Josh Satter

**Defendant's Counsel:** Tom Wright

| Government's Exhibits: | Government's Witness: |
|---|---|
| 1. **JSON document** | 1. **Jon Peacock** |
| 2. **Jon Peacock Formal Statement** | |

### MINUTES

| | |
|---|---|
| 10:05 am | Court calls case; counsel announce their appearance for the record. Gov't counsel, Josh Satter |
| | calls witness Jon Peacock by (Video). Direct-Examination by Gov't. Gov't moves to admit |
| | Exhibit #1 for the purposes of this hearing only. No objection. Gov't moves to admit Exhibit |
| | #2 for the purposes of this hearing only. No objection. Defense counsel, Tom Wright |
| | Cross-examination. Gov't rest. Defense Rest. Gov't makes closing argument. Defense |
| | makes closing argument. Gov't makes responding argument. Court makes ruling. Order to be |
| 11:15 am | Entered. Nothing further by either party. Adjourn |