# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 24-CR-113-RAW |
| MARCUS EDWARD LEE, | |
| Defendant. | |

## NOTICE OF INTENT TO ENTER PLEA

COMES NOW the Defendant, Marcus Edward Lee, through his attorney, Tom Wright, and hereby advises the Court that he intends to enter a plea of guilty to Count Two of the Indictment without a plea agreement.

Respectfully submitted this 6th day of January, 2025.

WRIGHT, STOUT & WILBURN, PLLC

/s/ Thomas M. Wright
THOMAS M. WRIGHT, OBA # 20378
WRIGHT, STOUT & WILBURN, PLLC
300 West Broadway
Muskogee, OK 74401
918.682.0091 (tele)
918.683.6340 (fax)
tom@wswlaw.com
*Attorney for Marcus Edward Lee*

CERTIFICATE OF SERVICE

I Thomas M. Wright, hereby certify that on this 6th day of January, 2025, I submitted this document to the Clerk of Court for filing and service on all involved parties via the EM/ECF system.

/s/ Thomas M. Wright